# NO. 12-08-00461-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *RUSSELL WAYNE PUGH,*<br>*APPELLANT* | § | *APPEAL FROM THE 114TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *SMITH COUNTY, TEXAS* |

---

## MEMORANDUM OPINION
### PER CURIAM

Appellant pleaded guilty to possession of four grams or more but less than two hundred grams of methamphetamine with intent to deliver. The trial court sentenced Appellant to imprisonment for thirty years. We have received the trial court's certification showing that Appellant waived his right to appeal. *See* Tex. R. App. P. 25.2(d). The certification is signed by Appellant and his counsel. The clerk's record supports the trial court's certification. *See **Greenwell v. Thirteenth Court of Appeals***, 159 S.W.3d 645, 649 (Tex. Crim. App. 2005); ***Dears v. State***, 154 S.W.3d 610, 614-15 (Tex. Crim. App. 2005). Accordingly, the appeal is ***dismissed*** for want of jurisdiction.

Opinion delivered December 3, 2008.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)